

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2017

No. 04-16-00690-CV

Cody A. **WATERS**,
Appellant

v.

Beth T. **WATERS**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09528
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for appointment of counsel is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2017.

_____
Keith E. Hottle
Clerk of Court